NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANKIE CUEVAS,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-781
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　　)
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.

Frankie Cuevas, pro se.

PER CURIAM.

　　　　　　　　Affirmed.

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.